IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONNELL FLOURNOY, # 126385, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:10-cv-144-TMH |
| | ) | |
| | ) | |
| STATE OF ALA. D.O.C., *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #12) of the Magistrate Judge is ADOPTED. The petition for habeas corpus relief is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies. A separate judgment shall issue.

Done this 10th day of June, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE